UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


ROXANNE L. KNIGHT )
)
v. ) NO. 2:14-CV-78
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )


**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United

States Magistrate Judge. [Doc. 16].   No objections have been filed to this report.   After careful

consideration of the record as a whole, the Report and Recommendation of the United States

Magistrate Judge, and for the reasons set out in that Report and Recommendation which are

incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation

is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff

is **DENIED,** [Doc.13], the motion for summary judgment filed by the defendant is **GRANTED,**

[Doc. 14], and the plaintiff's complaint is **DISMISSED**.

ENTER:


s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE